# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

**FILED**
JAN 1 0 2023
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

John Michael Custer
)
) Plaintiff
)
)
vs.
)
)   Case No. _____
) *(The case number will be assigned by the clerk)*
Chris Watkins )
Commissa Turner )
Brad Johnson )
Rich Weiland )
)
)
)
)
)
)
Defendant(s)

*(List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format).*

## COMPLAINT

*Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own compl.*

☐ 42 U.S.C. §1983 (state, county or municipal defendants)

☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

☒ Other federal law: Federal & State phone Regulation & monoplizing on commisery with over 150% mark up on most Items which Is violation Fed law

☐ Unknown _____

*\*Please refer to the instructions when filling out this complaint. Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.*

## I. FEDERAL JURISDICTION

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A. Plaintiff:

Full Name: John Michael Custer

Prison Identification Number: 2205558

Current address: Peoria Co Jail
301 N. Maxwell Rd
Peo Ill 61604

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #1:

Full Name: Chris Watkin

Current Job Title: Sheriff Peo Co

Current Work Address: Peo Co Jail
301 N. Maxwell Rd
Peo Ill 61604

Defendant #2:

Full Name: Commisa Turner

Current Job Title: Suptendent

Current Work Address: Peo Co Jail
Peo Ill 61604

Defendant #3:

Full Name: Brad Johnson

2

Current Job Title: Asst Superintendent

Current Work Address: Peoric C. Jail 301 N. Maxwell Rd Peo Ill 61604

Defendant #4:

Full Name: Rick Weiland

Current Job Title: Commisary Head

Current Work Address: Peoria Co Jail 301 N. Maxwell Rd Peo Ill 61604

Defendant #5:

Full Name: _____

Current Job Title: _____

Current Work Address: _____

For additional defendants, provide the information in the same format as above on a separate page.

## III. LITIGATION HISTORY

The "three strikes rule" bars a prisoner from bringing a civil action or appeal in forma pauperis in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?   Yes ☐   No ☐

If yes, please describe _____

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☒   No ☐

3

C. If your answer to B is yes, how many? __several__ Describe the lawsuit(s) below.

1. Name of Case, Court and Docket Number
   _Custer vs. Watkins, turner, Hearty Hoffman_

2. Basic claim made _Prea Naclect tortcher_
   _Beating ETC Seucul Civil Right Violation_

3. Disposition (That is, how did the case end? Was the case dismissed? Was it appealed? Is it still pending?) _Have plenty Evidence will see Footage ETC_

For additional cases, provide the above information in the same format on a separate page.

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint. However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A. Is there a grievance procedure available at your institution? Yes ☑ No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?

   Yes ☑ No ☐

If your answer is no, explain why not _____

C. Is the grievance process completed? Yes ☑ No ☐

4

## V. STATEMENT OF CLAIM

Place(s) of the occurrence  2021   2023

Date(s) of the occurrence  2021 10th 2023 10th

*State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*

THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. *Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.*

I has be challenged & won on the Federal prison level & State prison level of Fair com. Act where I cost 20¢ to 50¢ a call we are in a new day & age of communication. I got to change on the local level phone calls are almost 4 daller a call and I am not even sentenced I can go to prison and a call is only 25 cent for 20 min I'm charged 4 dollar for 15 mins the next issue on this complain co insides will the phone which is the Commisary which has 150% plus mark up

5

For intance Ramen Noodle 98¢ Dog been in prison 1.50 in 2.50 here Soda is .40 in 60¢ I prison tshirt is 12.00 'u 1daller Speedstick is 5.50 they by most stuff Daller General & Sell For 150% plus more of value & we are Forced to by they advertise large bottels ashampoo & lotion & sell us what looks like Bob Baker brand stuff at same price I prison you get 10 pkg of Peant butter for 1.00 they charge 2.50 for some 4pkg it's such a illegal Racket I have been Fleeces out of thousands of dallar in the 10 mo spent here what Peoo Co Jail is Doing with peope & comn is criminal & somthing must be dont we a inocent yntil proven quilty & this jail it's Monopolizing on a Down Fall Its I's Immoral unethical & I know For a fact high against the law!

6

Chip Small 50¢ bag
1.70

Candy Bars 1.70

30¢ Cup Noodles 1.38
witout 70¢

It goes on & on
most thing I'm told
are priced from the
Huck Gas Station
across street from
Jail. It Criminal
I can't shop at
a Fair priced place
or make a Fair
priced phone call

7

## RELIEF REQUESTED

(State what relief you want from the court.)

Phone Charge to meet Federal & State guidline

Comm Evcusted And the proper 10% be added ncking Items not so Exposive like a yleck Mc/Key

5,000.00 of my money Back Fees Fleced

JURY DEMAND    Yes ☐    No ☑

Signed this __Dec__ day of __8__, 20__23__.

( Signature of Plaintiff)

| Name of Plaintiff: | Inmate Identification Number: |
|---|---|
| Sam Curter | 220558 |
| Address: | Telephone Number: |
| 301 N. Maxwell Rd Pec Ill 61604 | |

8

John Custer
Peoria Co. Jail
301 N. Maxwell Rd
Peoria Ill 61604

Circuit Clerk
Federal Court
100 NE Monroe
Peoria Ill 61602

PEORIA IL 616
09 JAN 2023 P 2 L