Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| **John Custer** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | )  Case Number: 23-1011 |
| | ) |
| **Chris Watkins, Commisa Turner,** | ) |
| **Brad Johnson, Rick Weiland.** | ) |
| | ) |
| **Defendants.** | ) |

## JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT**.    This action came before the Court for a trial by jury.    The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT**.    This action came before the Court, and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED** that Plaintiff John Custer's action against Defendants Chris Watkins, Commisa Turner, Brad Johnson and Rick Weiland is dismissed with prejudice.

**Dated: 4/14/2023**

                                           s/ Shig Yasunaga
                                           Shig Yasunaga
                                           Clerk, U.S. District Court